No. 75–622. JOHNS-MANVILLE PRODUCTS CORP. *v.* COMMISSIONER OF REVENUE ADMINISTRATION. Appeal from Sup. Ct. N. H. dismissed for want of substantial federal question. MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.